**Opinion filed June 21, 2018**



### In The

# Eleventh Court of Appeals

_____

## No. 11-18-00145-CR

_____

## JESSIE LANDON FOSTER, Appellant
## V.
## THE STATE OF TEXAS, Appellee

**On Appeal from the 32nd District Court**
**Fisher County, Texas**
**Trial Court Cause No. 3468**

## M E M O R A N D U M   O P I N I O N

Appellant, Jessie Landon Foster, has filed a motion to dismiss this appeal. In the motion, Appellant asks that his notice of appeal be withdrawn and that this appeal be dismissed. The motion is signed by Appellant's counsel, and an affidavit attached to the motion is signed by Appellant. *See* TEX. R. APP. P. 42.2.

The motion is granted, and the appeal is dismissed.

June 21, 2018                                                              PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Willson, J.,
Bailey, J., and Wright, S.C.J.[1]

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.